UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **Edward Saulsbery**, | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | Case No. 4:08CV01935FRB |
| | ) | |
| **Prime Transport Incorporated**, et al., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

The above-styled case was filed in the Eastern Division of this court on December 15, 2008, and assigned to the Honorable Frederick R. Buckles. Because the jurisdiction of this matter lies in the Southeastern Division of this district, this case should have been assigned a Southeastern Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Southeastern Division of this court and assigned Case No.1:09cv0024 SNLJ. The Honorable Stephen N. Limbaugh, Jr. will preside.

Case No. 4:08cv01935 FRB is hereby administratively closed. Judge Buckle's name will be replaced for future assignment.

Dated this 16th day of March, 2009.

James G. Woodward, Clerk of Court

By: /s/ Karen Moore, Deputy Clerk

Please refer to Case No. **1:09cv0024 SNLJ** in all future matters concerning this case.